**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7476**

_____

LARRY E. PATTERSON,

Plaintiff - Appellant,

versus

DAVID A. GARRAGHTY, Chief Warden; E. DEL-
BRIDGE, Mail Room Supervisor; R. LANN, Lead
Investigator; KNOWN AND UNKNOWN PERSONS, ALL
LISTED AND NOT LISTED SUED IN BOTH THEIR
OFFICIAL AND INDIVIDUAL CAPACITIES HEREIN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-98-197-3)

_____

Submitted:  February 11, 1999      Decided:  February 24, 1999

_____

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry E. Patterson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Patterson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint and the district court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Patterson v. Garraghty</u>, No. CA-98-197-3 (E.D. Va. Aug. 11, 1998; Sept. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>